970 F.2d 899
 Mutual Benefit Life Insurance Company, Beneficial Life
Insurance Co., General American Life Ins. Co.,
Manufacturers Life Ins. Co. (USA), New
York Life Ins. Co., Oxford
Life Ins. Co.,
Standard Ins. Co.
v.
Zimmerman (George G.), George G. Zimmerman & Co., Inc.,
Flynn (William J.), William J. Flynn & Associates, Inc.
Bargnesi (Paul J.), Cory (Samuel C.), Consultants &
Administrators, Inc., Bankers Security Life Ins. Society,
United Olympic Life Ins. Co.; Transamerica
 NOS. 92-5071, 92-5085
 United States Court of Appeals,
Third Circuit.
 June 30, 1992
 
 Appeal From: D.N.J.,
 Lechner, J.,
 
 
 1
 783 F.Supp. 853,
 
 787 F.Supp. 71
 
 2
 AFFIRMED.